UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01056-~~ZLW~~-CBS (PAB)

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

BARRY L. HAMILTON; JANICE K. HAMILTON; AND COLORADO DEPARTMENT OF REVENUE,

       Defendants,

  and

BEACH RESOURCE MANAGEMENT, LLC,

       Garnishee.

## DISPOSITION ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States, the answer of garnishee, Beach Resource Managment, LLC, with no objection or hearing request by defendant, Barry Hamilton, and upon good cause shown:

IT IS HEREBY ORDERED that the garnishee Beach Resource Management, LLC, withhold 25% of each payment to the debtor.  All funds withheld from the debtor, including those already being held by the garnishee, shall immediately be made payable to the U.S. Department of Justice and forwarded to:

8736810.1

U.S. Department of Justice, Tax Division
Office of Review, Financial Litigation Unit
P.O. Box 310, Ben Franklin Station
Washington, DC 20044
Attn: Michael Roessner, Room 6647

THIS WRIT OF GARNISHMENT IS CONTINUING AND MAY ONLY TERMINATE BY:

    A.    A court order quashing the Writ of Garnishment;

    B.    Exhaustion of property in the possession, custody, or control of the garnishee in which the debtor has a substantial nonexempt interest (including nonexempt disposable earnings), unless the garnishee reinstates or reemploys the judgment debtor within 90 days after the judgment debtor's dismissal or resignation; or

    C.    Upon notice from the United States or the Court of satisfaction of the debt with respect to which writ was issued.

Entered this 5TH day of September, 2012.

~~HONORABLE ZITA L. WEINSHIENK~~
~~United States District Judge~~
~~District of Colorado~~

Craig B. Shaffer
United States Magistrate Judge

8736810.1